## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20CV1695 NAB |
| | ) | |
| CORIZON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Joseph Michael Devon Engel's second motion for leave to proceed *in forma pauperis* on appeal.  ECF No. 18.  On January 12, 2021, the Court denied plaintiff's first motion to proceed *in forma pauperis* on appeal.  *See* ECF Nos. 10 & 12.  This second motion appears to be filed in response to an Order from the United States Court of Appeals for the Eighth Circuit (ECF No. 15) and it contains plaintiff's appellate case number.  However, plaintiff has filed the motion in this Court, rather than with the Court of Appeals.  The Court will therefore transfer the motion to the United States Court of Appeals for the Eighth Circuit, and administratively close the motion in this case.  Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **TRANSFER** plaintiff's motion for leave to proceed *in forma pauperis* on appeal (ECF No. 18) to the United States Court of Appeals for the Eighth Circuit.

**IT IS FURTHER ORDERED** that plaintiff's second motion for leave to proceed *in forma pauperis* on appeal (ECF No. 18) shall be **ADMINISTRATIVELY CLOSED** in this case.

Dated this 2nd day of March, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE